UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62025-CIV-SMITH

JARVIN RUIZ GONZALEZ,

     Plaintiff,

v.

MARKWWAYNE MULLIN, *et al*.,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 8]. Upon consideration, it is

**ORDERED** that:

1.    This case is **DISMISSED**. The parties shall bear their own attorney's fees and costs.

2.    This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 14th day of August, 2026.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record